AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LAVELLE HAYES | ) | Case No. 11-8131-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by ___ D.C.

MAY - 3 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 1, 2005 thru June 1, 2009   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | The defendant did knowingly embezzle, steal, purloin, and convert to his use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, Veterans Administration benefits to which he was not entitled. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Stephen Webster, U.S. Secret Service.

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Stephen Webster
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/3/11

*Judge's signature*

City and state:   West Palm Beach, Florida      U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

# **AFFIDAVIT**

I, Stephen Webster, being duly sworn, depose and say:

1. I am a Special Agent with the United States Secret Service, United States Department of Homeland Security, and have been so employed since March 2008. Routine duties of my employment include the investigation of violations of federal and state laws pertaining to the counterfeiting of U.S. Currency, financial crimes, and other criminal matters.

2. This affidavit is being submitted for the limited purpose of supporting a Criminal Complaint and arrest warrant for LAVELLE HAYES. The information contained in this affidavit is based on my personal knowledge as well as information given to me by other law enforcement personnel and witnesses. Since this affidavit is submitted for a limited purpose, it does not contain every fact known to me regarding the investigation, but only those facts necessary to show probable cause sufficient to issue an arrest warrant.

3. In conjunction with my official duties, I have conducted an investigation into the theft of U.S. Department of Veterans Affairs (VA) benefit funds by LAVELLE HAYES. On or about December 23, 2009, I was notified by the United States Treasury Department that $48,784.00 in Veterans Administration benefits were deposited into the bank account of a deceased U.S. Veteran, Harry Hayes. Harry Hayes was an honorably discharged veteran of the United States Marine Corp having served from September 17, 1969 through September 23, 1971.

4.  Your affiant obtained a certified copy of the death certificate of Harry Hayes, which established that Harry Hayes died on February 20, 2005. As of that date, Harry Hayes was no longer entitled to Veterans benefits from the VA and Harry Hayes' heirs were not entitled to any survivors' benefits from the VA.

5.  A review of Electronic Funds Transfer (EFT) documents from the U.S. Department of the Treasury indicate that varying amounts of VA benefit monies ranging from $862.00 - $1,044.00 were electronically deposited into the Bank of America account belonging to Harry Hayes on dates ranging from 03/01/05 – 06/01/09, all of which followed his death. In particular, the following deposits of VA benefit monies were made into Harry Hayes' Bank of America account:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 03/01/05 | $862 | 04/01/05 | $862 | 04/29/05 | $862 |
| 06/01/05 | $862 | 07/01/05 | $862 | 08/01/05 | $862 |
| 09/01/05 | $862 | 09/30/05 | $862 | 11/01/05 | $862 |
| 12/01/05 | $862 | 12/30/05 | $907 | 02/01/06 | $907 |
| 03/01/06 | $907 | 03/31/06 | $907 | 05/01/06 | $907 |
| 06/01/06 | $907 | 06/30/06 | $907 | 08/01/06 | $907 |
| 09/01/06 | $907 | 09/29/06 | $907 | 11/01/06 | $907 |
| 12/01/06 | $907 | 12/29/06 | $945 | 02/01/07 | $945 |
| 03/01/07 | $945 | 03/30/07 | $945 | 05/01/07 | $945 |
| 06/01/07 | $945 | 06/29/07 | $945 | 08/01/07 | $945 |

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/31/07 | $945 | 10/01/07 | $945 | 11/01/07 | $945 |
| 11/30/07 | $945 | 12/31/07 | $973 | 02/01/08 | $973 |
| 02/29/08 | $973 | 04/01/08 | $973 | 05/01/08 | $973 |
| 05/30/08 | $973 | 07/01/08 | $973 | 08/01/08 | $973 |
| 08/29/08 | $973 | 10/01/08 | $973 | 10/31/08 | $973 |
| 12/01/08 | $973 | 12/31/08 | $1,044 | 01/30/09 | $1,044 |
| 02/27/09 | $1,044 | 04/01/09 | $1,044 | 05/01/09 | $1,044 |
| 06/01/09 | $1,044 | | | | |

6. A review of records at the VA establishes that no one notified the U.S. Department of Veterans Affairs about the death of U.S. Veteran Harry Hayes, and no one attempted to notify the U.S. Department of Veterans Affairs and stop the continued deposit of VA benefit money in to Harry Hayes' Bank of America account.

7. A review of VA records shows that two payments made on 03/01/05 and 04/01/05 in the amounts of $862.00 had been successfully submitted for suspension on 02/23/10. The actual loss incurred by the Federal Government is $47,060.

8. On January 26, 2010, your Affiant contacted a Bank of America Investigator regarding the bank account for Harry Hayes. The Bank of America Investigator stated that the account belonging to Harry Hayes was still active and that LAVELLE HAYES was listed as an authorized user on the account. Records of Harry Hayes' bank account were obtained and showed the deposit of the VA benefit funds and

the withdrawal of those funds over time, beginning in June 2005. The funds were withdrawn using the ATM/debit card associated with the bank account. As of July 2009, all of the VA benefit monies had been withdrawn from the account.

9. On May 11, 2010, your Affiant and an agent with the Department of Veterans Affairs' Office of Inspector General (VAOIG) conducted a consensual noncustodial interview of LAVELLE HAYES regarding the U.S. Department of Veterans Affairs' benefit funds deposited into the bank account he shared with his father, Harry Hayes. During the interview, LAVELLE HAYES stated that he knew the Veterans Affairs money deposited into the bank account wasn't rightfully his to use. HAYES stated that he never told any family members that he was continuing to receive his father's VA benefits. HAYES stated that he used the money to help himself and family members with various expenses. HAYES provided investigators with a sworn written statement admitting to the same.

10. On the basis of the foregoing, your Affiant submits that there is probable cause to believe that, from on or about March 1, 2005, through on or about June 1, 2009, in Palm Beach County, in the Southern District of Florida, LAVELLE HAYES did knowingly embezzle, steal, purloin, and convert to his use, money of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000,

that is, Veterans Administration benefits to which he was not entitled; in violation of Title 18, United States Code, Section 641.

FURTHER YOUR AFFAINT SAITH NAUGHT.

_____
Stephen S. Webster
Special Agent
United States Secret Service

Subscribed and sworn to before me
this __3__ day of May, 2011.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8131-JMH

**UNITED STATES OF AMERICA**

vs.

**LAVELLE HAYES,**

        **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   _____
        A. MARIE VILLAFAÑA
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0018255
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777
        Ann.Marie.C.Villafaña@usdoj.gov